UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE DANIEL ORELLANA JUAREZ,<br><br>   Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth Plymouth County Correctional Facility PATRICIA HYDE, Field Office Director, TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and KRISTI NOEM, U.S. Secretary of Homeland Security,<br><br>   Respondents. | C.A. No. 25-11266-MJJ |

## SECOND SUPPLEMENTAL DECLARATION MARA J. WEISMAN, ESQ.

I, Mara J. Weisman, hereby declare under penalty of perjury that the following statements are based on my personal knowledge and are true and correct to the best of my knowledge:

1. I previously submitted two declarations in this action, filed May 9, 2025 and June 2, 2025.

2. On June 3, 2025, I reviewed the docket for Mr. Orellana's Immigration Court proceeding on the EOIR Courts & Appeals System ("ECAS"). ECAS is an electronic docketing system similar to this Court's CM/ECF system. I saw the docket had been updated as follows: "The immigration judge closed the case due to a failure to prosecute." The docket entry is dated June 2, 2025.

3. On June 4, 2025, I again reviewed Mr. Orellana's docket on ECAS. As of this filing, the docket continues to indicate that Mr. Orellana's immigration proceeding was closed for failure to prosecute.

4. A true and correct copy of a screenshot of Mr. Orellana's ECAS docket, taken at approximately 6:56 p.m. on June 4, 2025 and with certain personal information redacted, is attached hereto as Exhibit A.

5. Based on my review of Mr. Orellana's ECAS docket, it appears that the Notice to Appear ("NTA") for Mr. Orellana was filed with the Immigration Court on or about May 29, 2025. In light of the subsequent June 2 order closing that proceeding (as described above), to the best of my knowledge there is no pending immigration proceeding against Mr. Orellana.

Executed June 4, 2025.

/s/ Mara J. Weisman
Mara J. Weisman